**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

**F I L E D**

AUG 1 6 2004

Phil Lombardi, Clerk
U.S. DISTRICT COURT

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Christopher Harrison,<br><br>Defendant. | )<br>)<br>)<br>)<br>)    Case No. 04-93M<br>)<br>)<br>)<br>)<br>) |

## COMMITMENT TO ANOTHER DISTRICT

Charges against Defendant are filed based upon:

❑ indictment ❑ information
❑ complaint        ❑ other _Warrant from WDO_

And that document charges a violation of 16 U.S.C. § 668dd
District of Offense:        Western District of Oklahoma
Date of Offense:            8/12/2004
Description of Charges:     Failure to Appear
Bond has been fixed at:     $-0-

**TO:    THE UNITED STATES MARSHAL**

United States District Court
Northern District of Oklahoma
I hereby certify that the foregoing
is a true copy of the original
in this court.    Phil Lombardi, Clerk
By _____
Deputy

You are hereby commanded to take custody of Defendant and transport Defendant, with a certified copy of this Commitment Order, to the district of offense specified above. You are hereby commanded to deliver Defendant to the United States Marshal for that district of offense, or to some other officer authorized to receive Defendant.

Date: August 13, 2004

Frank H. McCarthy
United States Magistrate Judge

---

## RETURN

This commitment was received and executed as follows:
Date Order Received:        _____
Date Defendant Committed:   _____
Place Defendant Committed:  _____

Date: _____

_____
Deputy United States Marshal